# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

143971

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JENNIFER LITZENBERG,
      Plaintiff-Appellant,

v

MATTHEW GUIFFRE, L'ANSE CREUSE
PUBLIC SCHOOL DISTRICT, DAVID
SMITH and MIKE DYJEWSKI,
      Defendants,

and

DONALD RODA,
      Defendant-Appellee.

SC: 143971
COA: 299217
Macomb CC: 2010-000947-NO

_____/

On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

_____
Clerk

h0328